UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-22024-CIV-HUCK/O'SULLIVAN

MANUEL L. MATIENZO,

    Plaintiff,

vs.

MIRAGE YACHT, LLC,

    Defendant.
_____/

## ORDER

THIS MATTER is before the Court on the Judgment Creditor Manuel L. Matienzo's Motion to Compel Inspection in Aid of Execution of Vessel and Component Parts and Award of Attorney's Fees and Costs (DE # 125, 3/12/13).  Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.  (Emphasis supplied).

Having received no response from the judgment debtor, and a response having been due, it is

ORDERED AND ADJUDGED that the judgment debtor shall file a response to the Judgment Creditor Manuel L. Matienzo's Motion to Compel Inspection in Aid of Execution of Vessel and Component Parts and Award of Attorney's Fees and Costs (DE # 125, 3/12/13) on or before **May 14, 2013**. The failure to file a response may result in an order granting the Judgment Creditor Manuel L. Matienzo's Motion to

Compel Inspection in Aid of Execution of Vessel and Component Parts and Award of Attorney's Fees and Costs (DE # 125, 3/12/13) in its entirety.

**DONE and ORDERED** in Chambers at Miami, Florida this 30th day of April, 2013.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Huck
All counsel of record